| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Harwell, Robert B. | 2. Court or Organization U.S. District Court of S.C. | 3. Date of Report 4/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 401 West Evans Street McMillan Federal Bldg Florence, SC 29501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | _____ Farms and Investment, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | Custodian | Custodial Account #1 |
| 4. | Custodian | Custodian Account #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

DISCLOSURE OFFICE 2009 MAY 12 A 9: 32 RECEIVED

Harwell, Robert B.

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Bar Association | 1/23 to 1/24/2009 | Myrtle Beach, SC | SC Bar Meeting | Lodging |
| 2. | SC Assoc. for Justice | 8/6 to 8/9/2009 | Hilton Head, SC | Annual Convention | Lodging and seminar registration |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab (sweep accts) | C | Interest | M | T | | | | | |
| 2. Wachovia Bank Common Stock | A | Dividend | J | T | | | | | |
| 3. Wells Fargo & Co. Common Stock | A | Dividend | J | T | | | | | |
| 4. Autoliv Inc. Common Stock | A | Dividend | J | T | | | | | |
| 5. Rhom & Haas Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6. The South Financial Group Common Stock | A | Dividend | J | T | | | | | |
| 7. Wachovia Bank (various accts) | C | Interest | | | Closed | 02/09/09 | M | B | |
| 8. First Reliance Bank (CD) | B | Interest | M | T | | | | | |
| 9. First Federal (CD) X | C | Interest | M | T | | | | | |
| 10. South Carolina Bank & Trust (CD) | C | Interest | M | T | | | | | |
| 11. Citizens Bank (CD) | A | Interest | M | T | | | | | |
| 12. Anderson Brothers Bank (CD) | A | Interest | M | T | | | | | |
| 13. Carolina Bank (CD) | C | Interest | M | T | | | | | |
| 14. National Bank of South Carolina(CD) | A | Interest | L | T | | | | | |
| 15. BB&T Bank (various accts) | D | Interest | M | T | | | | | |
| 16. ☐ Farms & Investment 12 1/2% 12/31/04 compiled $31M | B | Dividend | K | U | | | | | |
| 17. PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption.) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charles Schwab IRA #1 | B | Dividend | M | T | | | | | |
| 19. -Charles Schwab Cash Fund | | | | | | | | | |
| 20. -Dimensional Fund Advisors Intl Small Co Port | | | | | | | | | |
| 21. -Dimensional Fund Advisors Intl Value III Port | | | | | | | | | |
| 22. -Dimensional Fund Advisors Large Cap Intl Port | | | | | | | | | |
| 23. -Dimensional Fund Advisors Large Cap Value III Port | | | | | | | | | |
| 24. -Dimensional Fund Advisors US Large Co Instl Index Port | | | | | | | | | |
| 25. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |
| 26. -Dimensional Fund Advisors US Small Cap Value | | | | | | | | | |
| 27. Charles Schwab IRA#2 | B | Dividend | N | T | | | | | |
| 28. -Charles Schwab Cash Fund | | | | | | | | | |
| 29. -Dimensional Fund Advisors Intl Small Co Port | | | | | | | | | |
| 30. -Dimensional Fund Advisors Intl Value III Port | | | | | | | | | |
| 31. -Dimensional Fund Advisors Large Cap Intl Port | | | | | | | | | |
| 32. -Dimensional Fund Advisors Large Cap Value III | | | | | | | | | |
| 33. -Dimensional Fund Advisors US Lg Co. Inst Index Port | | | | | | | | | |
| 34. -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Dimensional Fund Advisors US Small Cap Value | | | | | | | | | |
| 36.  Charles Schwab IRA#3 | A | Dividend | K | T | | | | | |
| 37.  -Charles Schwab cash fund | | | | | | | | | |
| 38.  -Dimensional Fund Advisors US Small Cap Port | | | | | | | | | |
| 39.  Trust #1 | C | Dividend | M | T | | | | | |
| 40.  -Cash Fund-Charles Schwab | | | | | | | | | |
| 41.  -BB&T Corp Common Stock | | | | | | | | | |
| 42.  -Vanguard short-term treasury | | | | | | | | | |
| 43.  Berkeley Co SC Zero 6/1/12 | C | Interest | L | T | | | | | |
| 44.  Clemson University, SC Zero 5/1/10 | B | Interest | L | T | | | | | |
| 45.  Piedmont Mun. Power Zero 1/1/13 | A | Interest | K | T | | | | | |
| 46.  Piedmont Mun. Power Zero 1/1/13 | A | Interest | J | T | Matured (part) | 01/01/09 | J | A | |
| 47.  Piedmont Mun Power Zero 1/1/15 | C | Interest | L | T | | | | | |
| 48.  Richland Co SC Zero 8/1/09 | A | Interest | | | Matured | 08/01/09 | L | A | |
| 49.  SC Zero 7/1/12 | B | Interest | L | T | | | | | |
| 50.  Three Rivers Solid Zero 1/1/09 | B | Interest | | | Matured | 01/01/09 | K | B | |
| 51.  Three Rivers Solid Zero 1/1/11 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Three Rivers Solid Zero 1/1/12 | B | Interest | K | T | | | | | |
| 53. Three Rivers Solid Zero 1/1/13 | B | Interest | K | T | | | | | |
| 54. Dimensional Fund Advisors Tax Man US Mktwde | A | Dividend | J | T | | | | | |
| 55. Rental Prop North Myrtle Beach,SC (2003,$238,600) | D | Rent | M | R | | | | | |
| 56. [ ] Prop (Cherry Grove, SC) 49% ($243,000 | | None | M | U | | | | | |
| 57. -on 2004 tax return) | | | | | | | | | |
| 58. College Bound Fund #1,Alliance Bernstein Mutual Funds | A | Dividend | J | T | | | | | |
| 59. -CBF Appreciation Port Alt Bx | | | | | | | | | |
| 60. College Bound Fund #2, Alliance Berstein Mutual Funds | A | Dividend | J | T | | | | | |
| 61. -CBF Appreciation Port Alt BX | | | | | | | | | |
| 62. SC Future Scholar Plan #1,Columbia Mutual Funds | | None | K | T | | | | | |
| 63. -Bond Port-A | | | | | | | | | |
| 64. -Large Cap Core Port-A | | | | | | | | | |
| 65. -Mid Cap Growth Port-A | | | | | | | | | |
| 66. -Small Cap Growth Port-A | | | | | | | | | |
| 67. SC Future Scholar Plan #2, Columbia Mutual Funds | | None | J | T | | | | | |
| 68. -Bond Port-A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Large Cap Core Port-A | | | | | | | | | |
| 70. -Mid Cap Grow Port-A | | | | | | | | | |
| 71. -Small Cap Growth Port-A | | | | | | | | | |
| 72. ____, Florence, SC (1999 - $125,000) | | None | M | R | | | | | |
| 73. Custodial Account#1 | | None | J | T | | | | | |
| 74. -The South Financial Group Common Stock | | | | | | | | | |
| 75. Custodial Acct#2 | | None | J | T | | | | | |
| 76. -The South Financial Group Common Stock | | | | | | | | | |
| 77. ____ Florence, SC (2006 $70,000) | | None | L | R | | | | | |
| 78. SC Tuition Prepayment Program #1 (no control) | | None | K | T | | | | | |
| 79. SC Tuition Prepayment Program #2 (no control) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 4/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544